```
FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

    OCT 10 2012

CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY
```

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STETSON DEVELOPMENT, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>MP INDUSTRIES, INC., a California Corporation,<br><br>Defendant. | Civil Case No. SACV11-01219 AG (ANx)<br><br>[~~PROPOSED~~] JUDGMENT AND PERMANENT INJUNCTION PURSUANT TO STIPULATION<br><br>Judge: Hon. Andrew J. Guilford<br>Magistrate: Hon. Arthur Nakazato |

The Court, having read and considered the Joint Stipulation for Entry of Final Judgment and Permanent Injunction that has been executed by plaintiff STETSON DEVELOPMENT, INC. and defendant MP INDUSTRIES, INC. in this action, and GOOD CAUSE APPEARING therefore:

///

///

///

IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

1. Judgment is entered against defendant MP INDUSTRIES, INC.

2. Plaintiff STETSON DEVELOPMENT, INC.'s United States Patent Number 6,393,771 ("the '771 Patent") is valid, enforceable and subsisting.

3. MP INDUSTRIES, INC.'s MP2008ND product infringes claims 1 and 6 of the '771 patent.

4. Defendant MP INDUSTRIES, INC., its officers, agents, servants, employees, and attorneys, ~~and all persons~~ who are in active concert or participation ~~with any of them~~, are permanently enjoined from:

   i. making, using, selling or offering for sale any device that directly or indirectly infringes plaintiff's '771 patent including, but not limited to, the MP2008ND product;

   ii. conspiring, encouraging, inducing, allowing, abetting, or assisting others in performing any of the activities referred to in subparagraph (i) above.

5. MP INDUSTRIES, INC. shall at its own cost cause the destruction of all its inventory of any infringing devices including the MP2008ND product within thirty (30) days of entry of this judgment and serve on plaintiff certification of said destruction within ten (10) days of said destruction.

6. Defendant shall have judgment against Plaintiff for ~~shall pay plaintiff a total of~~ $22,000.

7. MP INDUSTRIES, INC. shall pay plaintiff the above $22,000 via check made payable to "STETSON DEVELOPMENT, INC." as follows:

   a. payment of $5,500 on or before October 20, 2012;

   b. payment of $5,500 on or before November 20, 2012;

   c. payment of $5,500 on or before December 20, 2012; and

   d. payment of $5,500 on or before January 20, 2012.

8. In the event plaintiff retains counsel for the purpose of enforcing any provisions of the Judgment and Permanent Injunction or for any other judicial

1 | remedy or proceeding related to or provided for by this Judgment and Permanent
2 | Injunction, plaintiff shall be reimbursed by MP INDUSTRIES, INC. for its costs,
3 | expenses and reasonable attorneys' fees.

5 | THE CLERK IS DIRECTED TO ENTER THIS JUDGMENT
6 | FORTHWITH.

8 | IT IS SO ORDERED this 9TH day of OCTOBER, 2012.

Hon. Andrew J. Guilford
UNITED STATES DISTRICT JUDGE